

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00486-CR

Darryl **LATHAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 362nd District Court, Denton County, Texas
Trial Court No. F-2010-1164-D
The Honorable Robert Bruce McFarling, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED April 17, 2013.

_Catherine Stone_
Catherine Stone, Chief Justice